FILED

2009 OCT 21 PM 3:23

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jason Perry

PLAINTIFF(S)

v.

Warden

DEFENDANT(S).

CASE NUMBER

CV09-7658

NOTICE RE: IFP REQUEST WITHOUT COMPLAINT/PETITION

Dear Sir or Madam:

Your In Forma Pauperis Request was received and assigned a civil case number CV09-7658. Upon the submission of your In Forma Pauperis Request, it was noted that you did not submit a complaint/petition. If you do not submit a complaint/petition within THIRTY days from the date above, your action will be administratively closed. If you submit a complaint/petition within THIRTY days, judges will be assigned to your case.

Enclosed you will find this court's current Complaint/Petition forms packet to assist you. When filling out the complaint/petition indicate the case number noted above in the necessary areas.

Sincerely,

Clerk, U.S. District Court

By: A. Gragera
Deputy Clerk